WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: wwong@grsm.com

*Attorneys for Defendants*
*USA Boxing, Inc. and Michael McAtee*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CITY BOXING CLUB, et al., | Case No.:  2:23-cv-00708-JAD-DJA |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |
| v. | |
| USA BOXING, INC., et al.; | (FIRST REQUEST) |
| Defendants. | |

Pursuant to FRCP 6 and Local Rule IA 6-1, the parties, by and through their attorneys of record, stipulate as follows:

1. This is the first stipulation for extension of time to allow Defendants USA Boxing, Inc. and Michael McAtee (the "USA Boxing Defendants") to respond to the Amended Complaint filed by Plaintiffs.

2. On May 5, 2023, Defendants Nationwide Mutual Insurance Company and Scottsdale Insurance Company removed this action from the Eighth Judicial District Court for Clark County, Nevada.  *See* ECF No. 1.

3. Pursuant to FRCP 81(c), the USA Boxing Defendants' response to the Amended Complaint is now due on May 12, 2023.

4. The USA Boxing Defendants were seeking to retain Nevada counsel and has recently retained the undersigned counsel.  The USA Boxing Defendants and their counsel require additional time to review the allegations and evaluate the case background to properly

-1-

respond to the Amended Complaint.  Therefore, the USA Boxing Defendants request an additional twenty-one (21) days to prepare a response to the Amended Complaint (up to and including June 2, 2023).  Plaintiffs and the remaining defendants do not object.

    5.    This request for extension of time is not made for any improper purpose and will not cause any undue delay.  By making their appearance and this stipulation, the USA Boxing Defendants do not waive any claims and defenses, including but not limited to personal jurisdiction, failure to state a claim, and the other FRCP 12(b) bases.

| DATED:  May 12th 2023 | DATED:  May 12th 2023 |
|---|---|
| PRICE & BECKSTROM | GORDON REES SCULLY MANSUKHANI, LLP |
| */s/ Daniel R. Price* <br> Daniel R. Price, Esq. (SBN 13564) <br> Christopher Beckstrom (SBN 14031) <br> Janice J. Parker (SBN 14102) <br> Jasmin N. Stewart (SBN 16008) <br> 1404 S. Jones Blvd. <br> Las Vegas, NV 89146 <br> *Attorneys for Plaintiffs* | */s/ Wing Yan Wong* <br> Wing Yan Wong, Esq. (SBN 13622) <br> 300 S. Fourth Street, Suite 1550 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Defendants USA Boxing, Inc. and Michael McAtee* |

DATED:  May 12th 2023

HINES HAMPTON PELANDA LLP

*/s/ Christine M. Emanuelson*
Christine M. Emanuelson, Esq. (SBN 10143)
Nicole M. Hampton, Esq. (SBN 16090)
400 S. 4th Street
Las Vegas, NV 89101
*Attorneys for Defendants Nationwide Mutual Insurance Company and Scottsdale Insurance Company*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  May 16, 2023