Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
Janice J. Parker (NV Bar No. 14102)
Jasmin N. Stewart (NV Bar No. 16008)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 941-0503
Fax: (702) 832-4026
info@pbnv.law
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CITY BOXING CLUB, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>USA BOXING, INC. dba USA BOXING, *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-00708-JAD-DJA<br><br>**Proposed Joint Stipulation and Order to Extend Discovery Plan and Related Dates**<br><br>**(Second Request)** |

Plaintiffs, City Boxing Club, City Athletic Boxing LLC, and Armin Van ("Plaintiffs"), and Defendants, USA Boxing, Inc. dba USA Boxing, Scottsdale Insurance Company, Nationwide Mutual Insurance Company, K&K Insurance Group, Inc., and Michael McAtee ("Defendants") (collectively the "Parties") hereby stipulate to and respectfully submit their request that the Court enter this proposed Joint Stipulation and Order to Extend Discovery Deadlines and Related Dates (Second Request) in the above-captioned litigation. The Parties make this Stipulation pursuant to Local Rule IA 6-1 and Local Rule LR 26-3.

This is the Parties' second request for an extension. The Parties respectfully request that these deadlines be extended by sixty (60) days. The current and proposed deadlines are as follows:

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Initial Expert Disclosures | January 8, 2024 | March 8, 2024 |
| Rebuttal Expert Disclosures | February 6, 2024 | April 8, 2024 |
| Discovery Cutoff | March 7, 2024 | May 6, 2024 |
| Dispositive Motions | April 8, 2024 | June 7, 2024 |
| Joint Proposed Pretrial Order | May 7, 2024 (or 30 days after resolution of dispositive motions) | July 5, 2024 (or 30 days after resolution of dispositive motions) |

**I. Standard of Review**

Parties seeking to extend discovery deadlines must provide the reasons for the extension and must inform the Court of all previously granted extensions. LR IA 6-1. A discovery extension also requires a showing of good cause. LR 26-3. "The 'good cause' inquiry focuses mostly on the movant's diligence." *Victor v. Walmart, Inc.*, 2021 U.S. Dist. LEXIS 163908 (slip copy Apr 8, 2021), at *41 (citing *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609) (9th Cir. 1992).

**II. Description of Discovery That Has been Completed**

The Parties have completed the following discovery:

1. On July 10, 2023, Defendants USA Boxing, Inc. and Michael McAtee served their initial disclosures, though without attaching the documents identified in the disclosure.

2. On July 31, 2023, Defendants Scottsdale Insurance Company, Nationwide Mutual Insurance Company, K&K Insurance Group, Inc. served their initial disclosures, though without attaching the documents identified in the disclosure.

3. On August 2, 2023, Plaintiffs served their initial disclosures.

4. On August 18, 2023, Defendants Scottsdale Insurance Company, Nationwide Mutual Insurance Company, K&K Insurance Group, Inc. provided copies of the documents identified in their initial disclosures.

5. August 30, 2023, Defendants USA Boxing, Inc. and Michael McAtee served their first supplemental disclosures, with documents attached.

6. On July 31, 2023, Defendant Scottsdale Insurance Company served interrogatories and requests for admissions upon Plaintiffs.

7. On August 9, 2023, Plaintiff City Boxing Club served requests for admissions and requests for production of documents upon Defendants USA Boxing, Inc., Scottsdale Insurance Company, Nationwide Mutual Insurance Company, and K&K Insurance Group.

8. On August 18, 2023, Defendant Scottsdale Insurance Company served requests for production of documents and a second set of interrogatories to Plaintiffs.

9. On August 18, 2022, Defendant Scottsdale Insurance Company served interrogatories to USA Boxing, Inc.

10. On August 18, 2022, Defendant Nationwide Mutual Insurance Company served interrogatories to USA Boxing, Inc.

11. On September 15, 2023, Defendant Nationwide Mutual Insurance Company served interrogators to City Boxing Club.

12. On October 6, 2023, Plaintiff City Boxing Club served interrogatories, request for admissions (set 2), and request for productions (set 2) to K&K Insurance Group.

— 3 —

13. On October 6, 2023, Plaintiff City Boxing Club served interrogatories, request for admissions (set 2), and request for production (set 2) to USA Boxing Club.

14. On October 6, 2023, Plaintiff City Boxing Club served interrogatories, request for admissions (set 2), and request for productions (set 2) to Scottsdale Insurance Company.

15. On October 6, 2023, Plaintiff City Boxing Club served interrogatories, request for admissions (set 2), and request for productions (set 2) to Nationwide Mutual Insurance Company.

16. On October 26, 2023, Defendant Nationwide Mutual Insurance Company served interrogatories (set 2) to City Boxing Club.

### III. Description of Discovery Remaining

1. The deposition of fact witness Mary Mullins is scheduled for November 29, 2023.

2. The deposition of fact witness Paula Creel is scheduled for December 7, 2023.

3. The deposition of Defendant Michael McAtee is scheduled for December 11, 2023. The parties anticipate the deposition of the FRCP 30(b)(6) designee(s) of Defendant USA Boxing, Inc. to also take place on this date.

4. The deposition of fact witness Lynette Smith is scheduled to take place December 13, 2023.

5. The deposition of Plaintiff Armin Van Damme is scheduled to take place on January 17, 2024.

1  6. The parties anticipate the depositions of the FRCP 30(b)(6) designee(s) of
2  Defendants Scottsdale Insurance Company and K&K Insurance Group, and these
3  depositions are not yet scheduled.

4  7. The parties may depose other fact witnesses including various insurance
5  claim handlers and other insurance claim professionals that participated in adjusting
6  the insurance claim at issue in this case need to be completed.

7  8. Expert witnesses need to be disclosed and their depositions may also be
8  needed.

9  9. The Parties may wish to conduct follow-up written discovery, issue
10 additional subpoenas, and/or conduct additional depositions depending on the
11 information learned from the above-listed depositions.

12 **IV. Reasons Why Discovery Will Not be Completed Within the Time**
13 **Limit Set by The Original Discovery Plan**

14 This is a complex, multi-party matter in which Plaintiffs seek declaratory relief
15 regarding a policy of insurance and related to an underlying catastrophic injury that
16 occurred on the premises of City Boxing Club. Plaintiffs have alleged breach of
17 contract, breach of the implied covenant of good faith and fair dealing, estoppel,
18 violations of the Nevada Unfair Claims Practices Settlement Act (Nevada Revised
19 Statutes § 686A.310), civil conspiracy, fraud, and for declaratory relief.

20 The parties have been diligently engaged in discovery in this matter. Plaintiffs'
21 have retained an expert witness regarding the key issues of insurance coverage and
22 insurance claim handling who has advised Plaintiffs that he is unable to complete his
23

review of documents and prepare his report by the current initial expert disclosure deadline, necessitating this requested extension.

Additionally, this will provide sufficient time for the parties to obtain the transcripts from the scheduled depositions in time for their expert witnesses to review the same prior to the initial expert disclosure deadline.

**V. The Requested Extension Satisfies the Good Cause Standard**

Good cause exists to grant the Parties' requested extension of the discovery deadlines. As explained in Section II supra, the Parties have not been idle. Additionally, as explained in Section IV, supra, this is a complex matter both in terms of number of parties and claims, and in terms of number of witnesses. The instant extension is not requested for any improper purpose, but rather to permit appropriate discovery regarding the merits of this action.

**VI. Proposed Schedule for Completing All Remaining Discovery**

The Parties propose the following deadlines:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial Expert Disclosures | January 8, 2024 | March 8, 2024 |
| Rebuttal Expert Disclosures | February 6, 2024 | April 8, 2024 |
| Discovery Cutoff | March 7, 2024 | May 6, 2024 |
| Dispositive Motions | April 8, 2024 | June 7, 2024 |
| Joint Proposed Pretrial Order | May 7, 2024 (or 30 days after resolution of dispositive motions) | July 5, 2024 (or 30 days after resolution of dispositive motions) |

1      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2   Dated: November 15th, 2023.                    Dated: November 15th, 2023.

3   __/s/ Daniel Price_____             */s/ Wing Yan Wong (with permission)*
    Daniel R. Price, Esq.                          Wing Yan Wong, Esq.
4   Christopher Beckstrom, Esq.                    Law Office of Gordon Rees Scully
    PRICE & BECKSTROM                              Mansukhani, LLP
5   1404 S. Jones Blvd.                            300 S. 4th Street, Suite 1550
    Las Vegas, Nevada 89146                        Las Vegas, NV 89101
6   *Attorneys for Plaintiffs*                     Stephen A. Hess, Esq.
                                                   Law Office of Stephen A. Hess, P.C.
7                                                  111 South Tejon, Suite 102
                                                   Colorado Springs, CO. 80903
8                                                  *Attorneys for USA Boxing, Inc. and Michael McAtee*

9                                                  Dated: November 15th, 2023.

10                                                 */s/ Brian L. Pelanda (with permission)*
                                                   Christine M. Emanuelson, Esq.
11                                                 Nicole Hampton, Esq.
                                                   Brian L. Pelanda, Esq.
12                                                 Law Office of Hines Hampton Pelanda LLP
13                                                 400 South 4th Street
                                                   Las Vegas, NV 89101
14                                                 *Attorneys for Nationwide Mutual Insurance Company, Scottsdale Insurance Company, and K&K Insurance Group*
15
16

17

18

19
                                                   IT IS SO ORDERED.
20
                                                   _____
21                                                 DANIEL J. ALBREGTS
                                                   UNITED STATES MAGISTRATE JUDGE
22
                                                   DATED: November 16, 2023
23

— 7 —