Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
Janice J. Parker (NV Bar No. 14102)
Jasmin N. Stewart (NV Bar No. 16008)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 941-0503
Fax: (702) 832-4026
info@pbnv.law
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CITY BOXING CLUB, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> USA BOXING, INC. dba USA BOXING, *et al.*, <br><br> Defendants. | Case No.: 2:23-cv-00708-JAD-DJA <br><br> ~~Proposed Joint Stipulation and~~ Order to Extend Discovery Plan and Related Dates <br><br> **(Fourth Request)** |

Plaintiffs, City Boxing Club, City Athletic Boxing LLC, and Armin Van ("Plaintiffs"), and Defendants, USA Boxing, Inc. dba USA Boxing, Scottsdale Insurance Company, Nationwide Mutual Insurance Company, K&K Insurance Group, Inc., and Michael McAtee ("Defendants") (collectively the "Parties") hereby stipulate to and respectfully submit their request that the Court enter this proposed Joint Stipulation and Order to Extend Discovery Deadlines and Related Dates (Fourth Request) in the above-captioned litigation. The Parties make this Stipulation pursuant to Local Rule IA 6-1 and Local Rule LR 26-3.

This is the Parties' third request for an extension. The Parties respectfully request that these deadlines be extended by one hundred and twenty (120) days, as outlined in Section VI, infra.

**I. Standard of Review**

Parties seeking to extend discovery deadlines must provide the reasons for the extension and must inform the Court of all previously granted extensions. LR IA 6-1. A discovery extension also requires a showing of good cause. LR 26-3. "The 'good cause' inquiry focuses mostly on the movant's diligence." *Victor v. Walmart, Inc.*, 2021 U.S. Dist. LEXIS 163908 (slip copy Apr 8, 2021), at *41 (citing *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609) (9th Cir. 1992).

**II. Description of Discovery That Has been Completed**

The Parties have completed the following discovery:

1. On July 10, 2023, Defendants USA Boxing, Inc. and Michael McAtee served their initial disclosures, though without attaching the documents identified in the disclosure.

2. On July 31, 2023, Defendants Scottsdale Insurance Company, Nationwide Mutual Insurance Company, K&K Insurance Group, Inc. served their initial disclosures, though without attaching the documents identified in the disclosure.

3. On July 31, 2023, Defendant Scottsdale Insurance Company served interrogatories and requests for admissions upon Plaintiffs.

4. On August 2, 2023, Plaintiffs served their initial disclosures.

5. On August 9, 2023, Plaintiff City Boxing Club served requests for admissions and requests for production of documents upon Defendants USA Boxing, Inc., Scottsdale Insurance Company, Nationwide Mutual Insurance Company, and K&K Insurance Group.

6. On August 18, 2023, Defendants Scottsdale Insurance Company, Nationwide Mutual Insurance Company, K&K Insurance Group, Inc. provided copies of the documents identified in their initial disclosures.

7. On August 18, 2023, Defendant Scottsdale Insurance Company served requests for production of documents and a second set of interrogatories to Plaintiffs.

8. On August 18, 2022, Defendant Scottsdale Insurance Company served interrogatories to USA Boxing, Inc.

9. On August 18, 2022, Defendant Nationwide Mutual Insurance Company served interrogatories to USA Boxing, Inc.

10. On August 30, 2023, Defendants USA Boxing, Inc. and Michael McAtee served their first supplemental disclosures, with documents attached.

11. On September 8, 2023, Defendants USA Boxing, Inc. and Michael McAtee served their second supplemental disclosures.

12. On September 15, 2023, Defendant Nationwide Mutual Insurance Company served interrogators to City Boxing Club.

13. On September 18, 2023, Plaintiffs served their second supplemental disclosures.

14. On October 6, 2023, Plaintiff City Boxing Club served interrogatories, request for admissions (set 2), and request for productions (set 2) to K&K Insurance Group.

15. On October 6, 2023, Plaintiff City Boxing Club served interrogatories, request for admissions (set 2), and request for production (set 2) to USA Boxing Club.

16. On October 6, 2023, Plaintiff City Boxing Club served interrogatories, request for admissions (set 2), and request for productions (set 2) to Scottsdale Insurance Company.

— 3 —

17. On October 6, 2023, Plaintiff City Boxing Club served interrogatories, request for admissions (set 2), and request for productions (set 2) to Nationwide Mutual Insurance Company.

18. On October 26, 2023, Defendant Nationwide Mutual Insurance Company served interrogatories (set 2) to City Boxing Club.

19. On October 30, 2023, Defendants USA Boxing, Inc. and Michael McAtee served their third supplemental disclosures.

20. On November 6, 2023, Plaintiff City Boxing Club served interrogatories, requests for production (set 2), and requests for admissions (set 2) to Defendant Nationwide Mutual Insurance Company.

21. On November 13, 2023, Defendant Scottsdale Insurance Company served requests for admissions to Plaintiffs (set 2).

22. On November 15, 2023, Plaintiffs served their second supplemental disclosures.

23. On November 17, 2023, Plaintiffs served their third supplemental disclosures.

24. On November 29, 2023, Defendants K&K Insurance Group, Inc. and Scottsdale Insurance Company served their first supplemental disclosures.

25. On November 29, 2023, Plaintiffs took the deposition of Mary Mullins, an insurance adjuster with K&K Insurance Group, Inc.

26. On December 7, 2023, Plaintiffs took the deposition of Paula Creel, an insurance adjuster with K&K Insurance Group, Inc.

27. On December 11, 2023, Plaintiffs took the deposition of Michael McAtee, the executive director of Defendant USA Boxing, in his individual capacity and as an FRCP 30(b)(6) designee.

28. On December 12, 2023, Defendant Nationwide Mutual Insurance Company served interrogatories (set 2) to Defendant USA Boxing.

29. On December 13, 2023, Plaintiffs took the deposition of Lynette Smith, the membership director of Defendant USA Boxing.

30. On December 14, 2023, Defendant Scottsdale Insurance Company served requests for production to USA Boxing.

31. On January 12, 2024, Plaintiff City Boxing Club served requests for production (set 3) on Defendant USA Boxing.

32. On January 12, 2024, Plaintiffs served their fourth supplemental disclosures.

33. On January 16, 2024, Plaintiffs served their fifth supplemental disclosures.

34. On January 17, 2024, Plaintiffs took the deposition of Plaintiff Armin Van Damme, which deposition did not conclude on that date and the parties agreed to conclude the deposition on a future date.

35. On February 2, 2024, Defendant Scottsdale Insurance Company notified the other parties of its intent to serve a subpoena to USI Insurance Services, LLC for business records relating to this action, which subpoena was thereafter served.

36. On February 8, 2024, Defendants USA Boxing, Inc. and Michael McAtee served their fourth supplemental disclosures.

37. On February 8, 2024, Defendants K&K Insurance Group, Inc. and Scottsdale Insurance Company served their second supplemental disclosures.

38. On February 9, 2024, the continued deposition of Plaintiff Armin Van Damme, individually and as the FRCP 30(b)(6) designee of Plaintiff City Boxing Club was concluded.

39. On February 13, 2024, Plaintiffs took the deposition of fact witness Jeremy Holder, an employee of Defendant Scottsdale Insurance Company.

40. On February 29, 2024, Defendants USA Boxing, Inc. and Michael McAtee provided their fifth supplemental disclosures.

41. On February 29, 2024, Defendant USA Boxing, Inc. responded to requests for production (set 2) from Defendant Scottsdale Insurance Company.

42. On March 6, 2024, Defendant USA Boxing, Inc. responded to interrogatories from Defendant Nationwide Mutual Insurance Company.

43. On March 25, 2024, Defendant USA Boxing, Inc. responded to Plaintiff City Boxing Club's interrogatories (set 2), requests for admissions (set 3), and requests for production of documents (set 4) with documents/information still pending.

44. On March 25, 2024, Defendant Scottsdale Insurance Company responded to Plaintiff City Boxing Club's interrogatories (set 2) and requests for production of documents (set 3).

45. On April 4, 2024, Defendant K&K Insurance Group responded to Plaintiff City Boxing Club's interrogatories (set 2) and requests for production of documents (set 3).

46. On April 11, 2024, Plaintiffs responded to Defendant Scottsdale Insurance Company's interrogatories (set 2).

47. On April 26, 2024, Plaintiffs provided supplemental responses to Defendant Scottsdale Insurance Company's requests for production of documents (set 2).

48. On April 17, 2024, Plaintiffs took the deposition of fact witness David Mansur, an employee of Scottsdale Insurance Company.

**III. Description of Discovery Remaining**

1. Response to subpoena to USI Insurance Services, LLC, for business records pertaining to this action.

2. Responses from USA Boxing, Inc. to Plaintiff City Boxing Club's requests for production (set 3 and some documents for set 4).

3. The parties anticipate the depositions of the FRCP 30(b)(6) designee(s) of Defendants Scottsdale Insurance Company and K&K Insurance Group, and these depositions are not yet scheduled.

4. Plaintiffs filed a motion to amend the operative complaint on May 9, 2024, and no party opposed the amendment although Defendants Scottsdale Insurance Company and K&K Insurance Group seek conditions, including the possibility of additional deposition of Plaintiff Armin Van Damme and/or the FRCP 30(b)(6) designee of Plaintiff City Boxing Club. If that motion is granted, USI Insurance Services will be a party to the action and the parties anticipate written discovery with USI Insurance Services as well as depositions of fact witnesses and designee(s) pursuant to FRCP 30(b)(6). Additionally, the motion to amend seeks to add causes of action that may require additional discovery.

1    5.   Expert witnesses need to be disclosed and their depositions may also be needed.

3    6.   The Parties may wish to conduct follow-up written discovery, issue additional subpoenas, and/or conduct additional depositions depending on the information learned from the above-listed depositions.

**IV. Reasons Why Discovery Will Not be Completed Within the Time Limit Set by The Original Discovery Plan**

This is a complex dispute with multiple parties and multiple claims. The parties have diligently conducted discovery in this matter, including depositions, mandatory disclosures and supplements thereto, and written discovery requests. Based on that discovery, Plaintiffs filed the pending motion to amend to conform the complaint to the evidence and to clarify the causes of action. The proposed amendment includes addition of a new party, USI Insurance Services, and the parties wish to conduct discovery regarding that entity as well as provide expert opinions including such discovery.

The parties' expert witnesses will need this additional discovery to complete their opinions and reports.

**V. The Requested Extension Satisfies the Good Cause Standard**

Good cause exists to grant the Parties' requested extension of the discovery deadlines. As explained in Section II supra, the Parties have not been idle. Additionally, as explained in Section IV, supra, this is a complex matter both in terms of number of parties and claims, and in terms of number of witnesses. The instant extension is not requested for any improper purpose, but rather to permit appropriate discovery regarding the merits of this action.

**VI. Proposed Schedule for Completing All Remaining Discovery**

The Parties propose the following deadlines:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Initial Expert Disclosures | June 7, 2024 | October 4, 2024 |
| Amend Pleadings and Add Parties | June 7, 2023 | No change |
| Rebuttal Expert Disclosures | July 8, 2024 | November 5, 2024 |
| Discovery Cutoff | August 7, 2024 | December 5, 2024 |
| Dispositive Motions | September 6, 2024 | ~~January 3, 2025~~ February 3, 2025 |
| Joint Proposed Pretrial Order | October 7, 2024 (or 30 days after resolution of dispositive motions) | ~~January 10, 2025 (or~~ 30 days after resolution of dispositive motions) |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 4, 2024.

*/s/ Daniel Price*
Daniel R. Price, Esq.
Christopher Beckstrom, Esq.
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
*Attorneys for Plaintiffs*


Dated: June 5, 2024.

*/s/ Brian Pelanda (with permission)*
Christine M. Emanuelson, Esq.
Nicole Hampton, Esq.
Brian L. Pelanda, Esq.
Law Office of Hines Hampton Pelanda LLP
400 South 4th Street
Las Vegas, NV 89101
*Attorneys for Nationwide Mutual Insurance Company, Scottsdale Insurance Company, and K&K Insurance Group*

Dated: June 6, 2024.

*/s/ Stephen Hess (with permission)*
*W*ing Yan Wong, Esq.
Law Office of Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Stephen A. Hess, Esq.
Law Office of Stephen A. Hess, P.C.
111 South Tejon, Suite 102
Colorado Springs, CO. 80903
*Attorneys for USA Boxing, Inc. and Michael McAtee*

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: June 6, 2024

— 10 —