Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Chelsee C. Jensen, Esq.
Nevada Bar No. 14549
Jamie P. Leavitt, Esq.
Nevada Bar No. 16268
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
preilly@bhfs.com
cjensen@bhfs.com
jleavitt@bhfs.com

*Attorneys for USI Insurance Services, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CITY BOXING CLUB, a nonprofit corporation; ARMIN VAN DAMME, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>USA BOXING, INC. DBA USA BOXING, A NONPROFIT CORPORATION; SCOTTSDALE INSURANCE COMPANY, A CORPORATION; K&K INSURANCE GROUP, INC., A CORPORATION; USI INSURANCE SERVICES, LLC, A LIMITED LIABILITY COMPANY; ROE INSURERS I-V; ROE CLAIM HANDLERS I-V;<br><br>Defendants. | Case No.  2:23-cv-00708-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR USI INSURANCE SERVICES, LLC TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

## **STIPULATION**

Plaintiffs City Boxing Club and Armin Van Damme ("Plaintiffs"), by and through their counsel of record, Daniel R. Price, Esq., of the law firm of Price & Beckstrom, and Defendant USI Insurance Services, LLC ("USI"), by and through its counsel of record, Patrick J. Reilly, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and agree as follows:

1. On May 5, 2023, a Petition for Removal from Clark County District Court, Case Number A-23-865494-C was filed by Defendant Scottdale Insurance Company.

30201593

2. On June 24, 2024, Plaintiffs' filed their Second Amended Complaint (the "Complaint"). ECF No. 48.

3. On or about July 25, 2024, Plaintiffs served a copy of the Complaint on USI.

4. The current deadline for USI to respond to Plaintiffs' Complaint is July 24, 2024.

5. Plaintiffs have agreed to grant an extension for USI to answer or otherwise plead in response to the Complaint, to allow the parties to investigate the matter and discuss potential resolution.

6. USI shall have up to, and including, August 8, 2024, in which to answer or otherwise plead in response to the Complaint.

7. This stipulation is brought in good faith by all signing parties and not for purposes of delay. This extension will not result in any undue delay in the administration of this case.

8. This is the first request for extension of time requested by the parties with respect to responding to the Complaint.

DATED this 19th day of July, 2024.

*/s/ Daniel R. Price*
Daniel R. Price, Esq.
Price & Beckstrom
1404 S. Jones Boulevard
Las Vegas, NV 89146

*Attorney for Plaintiffs*

DATED this 19th day of July, 2024.

*/s/Patrick J. Reilly*
Patrick J. Reilly, Esq.
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

*Attorneys for USI Insurance Services, LLC*

The Court notes that the instant stipulation should have been filed as a joint motion under Local Rule 7-1(c). Nonetheless, the Court GRANTS it.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 23, 2024

30201593

- 2 -