Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
Janice J. Parker (NV Bar No. 14102)
Jasmin N. Stewart (NV Bar No. 16008)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 941-0503
Fax: (702) 832-4026
info@pbnv.law
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CITY BOXING CLUB, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>USA BOXING, INC. dba USA BOXING, *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-00708-JAD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR RESPONSE AND REPLY REGARDING SCOTTSDALE INSURANCE COMPANY'S MOTION TO COMPEL AND TO PAY SANCTIONS [DOC 67]** |

THE PARTIES, by and through undersigned counsel, stipulate and agree to extend the time for Plaintiffs to file their response, and to extend the time for Scottsdale to file its reply, regarding Scottsdale Insurance Company's Motion to Compel Plaintiffs to Produce the Documents Requested by Scottsdale's Request for Production No. 5 and to Pay Sanctions [DOC 67]. That motion was filed on December 20, 2024, and the hearing on this motion is scheduled for February 19, 2025 at 1:30 p.m. before Magistrate Judge Daniel J. Albregts.

This extension of time is sought as the motion was filed shortly before the Christmas and New Year holidays, and because Plaintiffs' counsel is beginning a two-week trial in Clark County District Court in and for Nevada in case number A-21-840822-C on January 6, 2025.

The current deadlines, and proposed new deadlines are as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Response: | January 3, 2025 | January 24, 2025 |
| Reply: | January 10, 2025 | February 7, 2025 |

DATED: January 6, 2025

__/s/ Daniel Price_____
Daniel R. Price (SBN 13564)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
*Attorneys for Plaintiffs City Boxing Club, City Athletic Boxing LLC, and Armin Van Damme*

DATED: January 6, 2025

__/s/ Wing Yan Wong_____
Wing Yan Wong (SBN 13622)
Jacob Clark (SBN 15196)
GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101

Stephen A. Hess (CO Bar No. 16899)
The Law Office of Stephen A. Hess, P.C.
111 South Tejon, Ste. 102
Colorado Springs, CO 80903
*Attorneys for Defendant USA Boxing, Inc.*

DATED: January 6, 2025

__/s/ Brian Pelanda_____
Christine M. Emanuelson (SBN 10143)
Brian Pelanda (CA Bar No. 278453)
HINES HAMPTON PELANDA LLP
400 South 4th Street
Las Vegas, Nevada 89101
*Attorneys for Defendants Scottsdale Insurance Company and K&K Insurance Group*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __1/6/2025_____