Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
Janice J. Parker (NV Bar No. 14102)
Jasmin N. Stewart (NV Bar No. 16008)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 941-0503
Fax: (702) 832-4026
info@pbnv.law
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CITY BOXING CLUB, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>USA BOXING, INC. dba USA BOXING, *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-00708-JAD-DJA<br><br>**Stipulation and Order to Modify Briefing Schedule Regarding Scottsdale Insurance Company and K&K Insurance Group, Inc.'s Motion for Leave to Amend Their Answers to the Second Amended Complaint [ECF No. 80]** |

Plaintiffs, City Boxing Club, City Athletic Boxing LLC, and Armin Van Damme ("Plaintiffs"), and Defendants, USA Boxing, Inc. dba USA Boxing, Scottsdale Insurance Company, Nationwide Mutual Insurance Company, K&K Insurance Group, Inc., hereby stipulate to and respectfully submit their request that the Court extend the time for Plaintiffs to file a response to Plaintiffs' Opposition to Scottsdale Insurance Company and K&K Insurance Group, Inc.'s Motion for Leave to Amend Their Answers to the Second Amended Complaint ("Motion to Amend") [ECF No. 80].

The Motion to Amend was filed on April 23, 2025, and the response is currently due on May 7, 2025. The parties have been engaged in expert depositions in this matter since the Motion to Amend was filed, including the depositions of Plaintiffs' retained expert

— 1 —

Charles Miller and Defendants Scottsdale Insurance Company's and K&K Insurance Group, Inc.'s retained expert Timothy Walker. Accordingly, counsel was required to spend time preparing for and conducting these depositions in addition to other obligations related to this matter and other matters.

Upon request of Plaintiffs' counsel, all counsel now submit this stipulation and request that the Court modify the briefing schedule as stated below. A hearing on the motion has not yet been scheduled.

|  | **Existing Deadline** | **New Deadline** |
|---|---|---|
| Plaintiffs' Response and any Motion to Join | May 7, 2025 | May 14, 2025 |
| Reply Brief in Support of Motion to Amend | May 14, 2025 | May 27, 2025 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 7, 2025.

*/s/ Daniel Price*_____
Daniel R. Price, Esq.
Christopher Beckstrom, Esq.
Janice Parker, Esq.
Jasmin Stewart, Esq.
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
*Attorneys for Plaintiffs*

Dated: May 7, 2025.

*/s/ Stephen Hess*_____
*W*ing Yan Wong, Esq.
Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

Stephen A. Hess, Esq.
Law Office of Stephen A. Hess, P.C.
111 South Tejon, Suite 102
Colorado Springs, CO. 80903
*Attorneys for USA Boxing, Inc.*

1  Dated: May 7, 2025.

2  */s/ Brian Pelanda*
Christine M. Emanuelson, Esq.
3  Nicole Hampton, Esq.
Brian L. Pelanda, Esq.
4  Law Office of Hines Hampton
Pelanda LLP
5  400 South 4th Street
Las Vegas, NV 89101
6  *Attorneys for Nationwide Mutual Insurance Company, Scottsdale Insurance Company, and K&K Insurance Group*

DATED: 5/08/2025

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

— 3 —