1  CHRISTINE M. EMANUELSON (SBN 10143)
   cemanuelson@lawhhp.com
2  NICOLE M. HAMPTON (SBN 16090)
   nhampton@lawhhp.com
3  BRIAN PELANDA
   Pro Hac Vice, California Bar No. 278453
4  bpelanda@lawhhp.com
5  **HINES HAMPTON PELANDA LLP**
   400 South 4th Street
6  Las Vegas, Nevada 89101
   Tel.:   (702) 933-7829
7  Fax:   (702) 947-1709
8
   Attorneys for Defendants
9  Scottsdale Ins. Co. and K&K Ins. Group

10                  **UNITED STATES DISTRICT COURT**
11                       **DISTRICT OF NEVADA**
12

| CITY BOXING CLUB, *et al.*, | **Case No.:** 2:23-cv-00708-JAD-DJA |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR RESPONSE AND REPLY REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND WITNESS DEPOSITION [DOC. 87]** |
| USA BOXING, INC. dba USA BOXING, *et al.*, | |
| Defendants. | |

THE PARTIES, by and through undersigned counsel, stipulate and agree to extend the time for Defendants Scottsdale insurance Company and K&K Insurance Group to file their response, and to extend the time for Plaintiffs to file their reply, regarding the Motion to Compel that Plaintiffs filed on June 19, 2025. [See Doc. 87.]

Scottsdale and K&K's counsel requested this extension because the motion was filed on June 19, 2025, while he was preparing for the trial of another case that was scheduled to begin trial on July 7th in Los Angeles County, and he has advised that he has not had sufficient time to review and prepare a response to the motion.

1
STIPULATION AND ORDER

The current deadlines, and proposed new deadlines are as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Response: | July 3, 2025 | July 10, 2025 |
| Reply: | July 10, 2025 | July 17, 2025 |

Dated: July 1, 2025.

*/s/ Daniel Price*
Daniel R. Price, Esq.
Christopher Beckstrom, Esq.
Janice Parker, Esq.
Jasmin Stewart, Esq.
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
*Attorneys for Plaintiffs*

Dated: July 1, 2025.

*/s/ Brian Pelanda*
Christine M. Emanuelson, Esq.
Nicole Hampton, Esq.
Brian L. Pelanda, Esq.
Hines Hampton Pelanda LLP
400 South 4th Street
Las Vegas, NV 89101
*Attorneys for Scottsdale Insurance Company, and K&K Insurance Group*

Dated: July 1, 2025.

*/s/Stephen A. Hess*
Wing Yan Wong, Esq.
Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

Stephen A. Hess, Esq.
Law Office of Stephen A. Hess, P.C.
111 South Tejon, Suite 102
Colorado Springs, CO. 80903
*Attorneys for USA Boxing, Inc.*

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/2/2025

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 1, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below under the Electronic Mail Notice List.

  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 1, 2025.

            /s/ *Brian Pelanda*
            Brian Pelanda

**Electronic Mail Notice List**

Daniel Price, Esq. (daniel@pricebeckstromlaw.com)

Christopher Beckstrom, Esq. (chris@pricebeckstromlaw.com)

Wing Yan Wong (wwong@grsm.com)

Stephen Hess (stephen@stephenahess.com)