CHRISTINE M. EMANUELSON (SBN 10143)
cemanuelson@lawhhp.com
NICOLE M. HAMPTON (SBN 16090)
nhampton@lawhhp.com
BRIAN PELANDA
Pro Hac Vice, California Bar No. 278453
bpelanda@lawhhp.com
**HINES HAMPTON PELANDA LLP**
400 South 4th Street
Las Vegas, Nevada 89101
Tel.:   (702) 933-7829
Fax:   (702) 947-1709

Attorneys for Defendants
Scottsdale Ins. Co. and K&K Ins. Group

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CITY BOXING CLUB, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>USA BOXING, INC. dba USA BOXING, *et al.*,<br><br>            Defendants. | **Case No.:**  2:23-cv-00708-JAD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR RESPONSE AND REPLY REGARDING PLAINTIFFS' OBJECTIONS TO THE ORDER OF THE MAGISTRATE JUDGE DATED SEPTEMBER 9, 2025, AND REQUEST FOR RECONSIDERATION [DOC. 102]** |

THE PARTIES, by and through undersigned counsel, stipulate and agree to extend the time for Defendants Scottsdale insurance Company and K&K Insurance Group to file their response, and to extend the time for Plaintiffs to file their reply, regarding the Objections to the Order of the Magistrate Judge Dated September 9, 2025, and Request for Reconsideration by the District Judge.  [See Doc. 102.]

Scottsdale and K&K's counsel requested this extension because the motion was filed on September 23, 2025, and he does not have sufficient time to review and prepare a response to the motion by the existing response deadline and will be out of the office the following week.

The current deadlines, and proposed new deadlines are as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Response: | October 7, 2025 | October 21, 2025 |
| Reply: | October 14, 2025 | November 4, 2025 |

Dated: October 2, 2025.                         Dated: October 2, 2025.

*/s/ Daniel Price*                                    */s/Stephen A. Hess*
Daniel R. Price, Esq.                             Wing Yan Wong, Esq.
Christopher Beckstrom, Esq.               Gordon Rees Scully Mansukhani, LLP
Janice Parker, Esq.                                300 S. 4th Street, Suite 1550
Jasmin Stewart, Esq.                             Las Vegas, NV 89101
PRICE & BECKSTROM
1404 S. Jones Blvd.                               Stephen A. Hess, Esq.
Las Vegas, Nevada 89146                     Law Office of Stephen A. Hess, P.C.
*Attorneys for Plaintiffs*                        111 South Tejon, Suite 102
                                                              Colorado Springs, CO. 80903
                                                              *Attorneys for USA Boxing, Inc.*

Dated: October 2, 2025.

*/s/ Brian Pelanda*
Christine M. Emanuelson, Esq.
Nicole Hampton, Esq.
Brian L. Pelanda, Esq.
Hines Hampton Pelanda LLP
400 South 4th Street
Las Vegas, NV 89101
*Attorneys for Scottsdale Insurance Company,
and K&K Insurance Group*

IT IS SO ORDERED.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

DATED: 10/7/2025

---

2
STIPULATION AND ORDER