Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
Janice J. Parker (NV Bar No. 14102)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 941-0503
Fax: (702) 832-4026
info@pbnv.law
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CITY BOXING CLUB, *et al.,* | Case No.: 2:23-cv-00708-JAD-DJA |
| Plaintiffs, | **ORDER EXTENDING TIME FOR RESPONSE AND REPLY REGARDING DISPOSITIVE MOTIONS** |
| v. | |
| USA BOXING, INC. dba USA BOXING, *et al.,* | |
| Defendants. | |

THE PARTIES, by and through undersigned counsel, stipulate and agree to extend the time for responses and replies regarding Plaintiffs' Motion for Partial Summary Judgment, Defendant Scottsdale Insurance Company's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, K&K Insurance Group's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, and USA Boxing's Motion for Summary Judgment. [Respectively ECF Nos. 111, 107, 108, and 109]. The parties seek this extended time for three reasons. First, this is a complex case and the motions are lengthy and dense. Second, a discovery motion [ECF No. 102], is currently pending before the Court and Plaintiffs contend that resolution of that motion may be important to some of the dispositive motions. Third, Plaintiffs' counsel is scheduled to begin a trial in Nevada State Court on November 4, 2025, that is expected to last for approximately two weeks.[1]

---

[1] Case No. A-22-862203-C, *Brackett v. Cunningham, et al.*

— 1 —

1  Because of this, the parties seek the following extension of time for response and reply briefs

2  regarding each of the dispositive motions mentioned above:

3                                            Current Deadline                    Proposed Deadline

4       Dispositive Motions:    October 6, 2025              Passed

5       Response:                December 2, 2025           December 22, 2025

6       Reply:                   January 6, 2026            January 26, 2026

7  Dated: October __28__, 2025.                    Dated: October __28__, 2025.

8  */s/ Daniel Price*                              ___/s/ Stephen Hess (with permission)
   Daniel R. Price, Esq.                           Wing Yan Wong, Esq.
9  Christopher Beckstrom, Esq.                     Gordon Rees Scully Mansukhani, LLP
   Janice Parker, Esq.                             300 S. 4th Street, Suite 1550
10 Krysa Scully, Esq.                              Las Vegas, NV 89101
   PRICE & BECKSTROM
11 1404 S. Jones Blvd.                             Stephen A. Hess, Esq.
   Las Vegas, Nevada 89146                         Law Office of Stephen A. Hess, P.C.
12 *Attorneys for Plaintiffs*                      111 South Tejon, Suite 102
                                                   Colorado Springs, CO. 80903
13                                                 *Attorneys for USA Boxing, Inc.*

   Dated: October __28__, 2025.
14
   ___/s/ Brian Pelanda (with permission)
15 Christine M. Emanuelson, Esq.
   Nicole Hampton, Esq.
16 Brian L. Pelanda, Esq.
   Hines Hampton Pelanda LLP
17 400 South 4th Street
   Las Vegas, NV 89101
18 *Attorneys for Scottsdale Insurance Company,
   and K&K Insurance Group*
19

20                                                 IT IS SO ORDERED.

21
                                                   _____
22                                                 JENNIFER A. DORSEY
                                                   UNITED STATES DISTRICT JUDGE
23
                                                   DATED: 10/29/2025
24

— 2 —