Daniel R. Price (NV Bar No. 13564)
Christopher Beckstrom (NV Bar No. 14031)
Janice J. Parker (NV Bar No. 14102)
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 941-0503
Fax: (702) 832-4026
info@pbnv.law
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CITY BOXING CLUB, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>USA BOXING, INC. dba USA BOXING, *et al.*,<br><br>Defendants. | Case No.: 2:23-cv-00708-JAD-DJA<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR RESPONSE AND REPLY REGARDING DISPOSITIVE MOTIONS** |

THE PARTIES, by and through undersigned counsel, stipulate and agree to extend the time for responses and replies regarding Plaintiffs' Motion for Partial Summary Judgment, Defendant Scottsdale Insurance Company's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, K&K Insurance Group's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment, and USA Boxing's Motion for Summary Judgment. [Respectively ECF Nos. 111, 107, 108, and 109].

The parties previously stipulated, and the Court granted, an extension of this briefing schedule.  [See ECF No. 115.]  The parties now seek this additional extension.

All of the parties agree that an additional extension of the briefing schedule is warranted because this is a complex case and because the pending dispositive motions are lengthy and dense.

In addition, a discovery motion [ECF No. 102], is currently pending before the Court and Plaintiffs contend that resolution of that motion may be important to some of the dispositive

motions. Defendants, on the other hand, do not believe that resolution of that pending discovery motion is necessary to complete the briefing for the pending dispositive motions. But Defendants are nonetheless agreeable to an extension of the existing briefing schedule for those dispositive motions as set forth below.

In light of the forgoing, the parties seek the following extension of time for response and reply briefs regarding each of the dispositive motions mentioned above:

*/ / / This intentionally left blank. Signatures on following page.*

*Van Damme v. Scottsdale, et. al.*
2:23-cv-00708-JAD-DJA
SAO to Extend MSJ Briefing

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Dispositive Motions: | October 6, 2025 | Passed |
| Response: | December 22, 2025 | February 5, 2026 |
| Reply: | January 26, 2026 | March 12, 2026 |

Dated: December 11, 2025.

*/s/ Daniel Price*
Daniel R. Price, Esq.
Christopher Beckstrom, Esq.
Janice Parker, Esq.
Krysa Scully, Esq.
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
*Attorneys for Plaintiffs*

Dated: December 11, 2025.

*/s/ Brian Pelanda (with permission)*
Christine M. Emanuelson, Esq.
Nicole Hampton, Esq.
Brian L. Pelanda, Esq.
Hines Hampton Pelanda LLP
400 South 4th Street
Las Vegas, NV 89101
*Attorneys for Scottsdale Insurance Company, and K&K Insurance Group*

Dated: December 11, 2025.

*/s/ Wing Yan Wong (with permission)*
Wing Yan Wong, Esq.
Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

Stephen A. Hess, Esq.
Law Office of Stephen A. Hess, P.C.
111 South Tejon, Suite 102
Colorado Springs, CO. 80903
*Attorneys for USA Boxing, Inc.*

IT IS SO ORDERED.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

DATED: 12-11-25

— 3 —