CHRISTINE M. EMANUELSON (SBN 10143)
cemanuelson@lawhhp.com
NICOLE M. HAMPTON (SBN 16090)
nhampton@lawhhp.com
BRIAN PELANDA
Pro Hac Vice, California Bar No. 278453
bpelanda@lawhhp.com
**HINES HAMPTON PELANDA LLP**
400 South 4th Street
Las Vegas, Nevada 89101
Tel.:    (702) 933-7829
Fax:    (702) 947-1709

Attorneys for Defendants Scottsdale Ins. Co. and K&K Ins. Group

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CITY BOXING CLUB, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>USA BOXING, INC. dba USA BOXING, *et al.*,<br><br>        Defendants. | **Case No.:**  2:23-cv-00708-JAD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR REPLY BRIEFING FOR DISPOSITIVE MOTIONS**<br><br>[ECF No. 141] |

THE PARTIES, by and through undersigned counsel, stipulate and agree to extend the time to file reply briefing for each of the four pending summary judgment motions.  [Respectively ECF Nos. 111, 123, 126, & 135].

All of the parties agree that an extension of time to file reply briefing is warranted because this is a complex case and because the opposition briefing to the pending dispositive motions is lengthy and dense. Counsel for the parties have worked cooperatively and have agreed to extend the time for reply briefing to ensure that the Court receives the quality of briefing appropriate for this matter.

In light of the forgoing, the parties seek the following extension of time for the dispositive motion reply briefing regarding each of the four dispositive motions mentioned above:

1

STIPULATION AND ORDER

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Dispositive Motions: | October 6, 2025 | Passed |
| Response: | February 11, 2026 | Passed |
| Reply: | March 12, 2026 | March 27, 2026 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 6, 2026

/s/ Daniel Price_____
Daniel R. Price, Esq.
Christopher Beckstrom, Esq.
Janice Parker, Esq.
Jasmin Stewart, Esq.
PRICE & BECKSTROM
1404 S. Jones Blvd.
Las Vegas, Nevada 89146
*Attorneys for Plaintiffs*

Dated: March 6, 2026

/s/_____.
*Wi*ng Yan Wong, Esq.
Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

Stephen A. Hess, Esq.
Law Office of Stephen A. Hess, P.C.
111 South Tejon, Suite 102
Colorado Springs, CO. 80903
*Attorneys for USA Boxing, Inc.*

Dated: March 6, 2026.

/s/ Brian Pelanda_____
Christine M. Emanuelson, Esq.
Nicole Hampton, Esq.
Brian L. Pelanda, Esq.
Hines Hampton Pelanda LLP
400 South 4th Street
Las Vegas, NV 89101
*Attorneys for Scottsdale Insurance Company,
and K&K Insurance Group*

IT IS SO ORDERED.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE
Dated: March 9, 2026

2
STIPULATION AND ORDER